Form 9

FORM 9. Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Segin Systems, Inc. v. Stewart Title Guaranty Co., et al.

No. 14-1786

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) First Banking Services, Inc. certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

First Banking Services, Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

n/a

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

None

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

See attachment "A"

09/15/14
Date

_[signature]_
Signature of counsel

W. Ryan Snow, Esquire
Printed name of counsel

Please Note: All questions must be answered
cc: _____

124

## EXHIBIT A

W. Ryan Snow
David C. Hartnett
Darius K. Davenport
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1500
Norfolk, VA 23510
Tel: 757-623-3000
wrsnow@cwm-law.com
dhartnett@cwm-law.com
ddavenport@cwm-law.com

John P. Doyle
320 E. Main Street, Suite 205
Murfreesboro, TN 37130
Tel: 615-895-6000
jpd@jdoylelaw.com