NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SEGIN SYSTEMS, INC. AND SEGIN SOFTWARE, LLC, DBA RYNOHLIVE,**
*Plaintiffs-Appellants,*

v.

**STEWART TITLE GUARANTY COMPANY, PROPERTYINFO CORPORATION AND FIRST BANKING SERVICES, INC.,**
*Defendants-Appellees.*

---

2014-1786

---

Appeal from the United States District Court for the Eastern District of Virginia in No. 2:13-cv-00190-RAJ-TEM, Judge Raymond Alvin Jackson.

---

**ON MOTION**

---

Before PROST, *Chief Judge.*

**O R D E R**

Appellants move to expedite this appeal. Appellees oppose appellants' proposed briefing schedule, which would shorten appellees' time to file their responsive brief by 19 days. Appellants reply.

Appellants may of course self-expedite the case by filing their own briefs and the joint appendix early. However, they have not shown that the time for appellees to file their brief should be shortened. Appellees should not anticipate any extensions of time. The case will be placed on the next available oral argument calendar after briefing is complete.

Accordingly,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s30